IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IBAKEFOODS LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>GRANNY B'S COOKIES, LLC,<br><br>*Defendant,*<br><br>GRANNBY B'S COOKIES, LLC<br><br>*Plaintiff,*<br><br>-against-<br><br>ABE MANDEL, YOEL GOLDMAN, AND SAM NUSSENZWEIG,<br><br>*Third-Party Defendants,* | Civil Action No.: 2:21-CV-773 |

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS

Plaintiff, by and through its attorneys, Law Office of Esther Engelson, P.C., submit this Answer to the Counterclaims of Defendants, Granny B's Cookies, as follows:

## ANSWER TO COUNTERCLAIMS

1. Plaintiff admits, upon information and belief, the allegations presented in Paragraph 1.

2. Plaintiff admits the allegation presented in Paragraph 2.

3. Plaintiff denies the allegations presented in Paragraph 3.

4. Plaintiff admits the allegation presented in Paragraph 4

5. Plaintiff admits the allegations presented in Paragraph 5.

1

6. Plaintiff denies the allegations with respect to the allegation stating that venue is proper as to the counterclaims.

7. Plaintiff admits that the parties entered into an APA agreement but denies the rest of the allegations stated in Paragraph 7.

8. Plaintiff denies the allegations presented in paragraph 8.

9. Plaintiff denies the allegations presented in Paragraph 9.

10. Plaintiff denies the allegations presented in Paragraph 10.

11. Plaintiff denies the allegations presented in Paragraph 11.

12. Plaintiff denies the allegations presented in Paragraph 12.

13. Plaintiff denies the allegations presented in Paragraph 13.

14. Plaintiff denies the allegations presented in Paragraph 14.

15. Plaintiff denies the allegations presented in Paragraph 15.

16. Plaintiff denies the allegations presented in Paragraph 16.

17. Plaintiff denies the allegations presented in Paragraph 17.

18. Plaintiff denies the allegations presented in Paragraph 18.

19. Plaintiff denies the allegations presented in Paragraph 19.

20. Plaintiff denies the allegations presented in Paragraph 20

21. Plaintiff denies the allegations presented in Paragraph 21.

22. Plaintiff denies the allegations presented in Paragraph 22.

23. Plaintiff denies the allegations presented in Paragraph 23.

24. Plaintiff denies the allegations presented in Paragraph 24.

25. Plaintiff denies the allegations presented in Paragraph 25.

26. Plaintiff denies the allegations presented in Paragraph 26.

27. Plaintiff denies the allegations presented in Paragraph 27.

28. Plaintiff denies the allegations presented in Paragraph 28.

29. Plaintiff denies the allegations presented in Paragraph 29.

30. Plaintiff denies the allegations presented in Paragraph 30.

31. Plaintiff repeats and incorporated by reference the responses and denials contained in the above Paragraphs as if sully set forth herein.

32. Plaintiff admits the allegations presented in Paragraph 32.

33. Plaintiff denies the allegations presented in Paragraph 33.

34. Plaintiff denies the allegations presented in Paragraph 34.

35. Plaintiff denies the allegations presented in Paragraph 35.

36. Plaintiff repeats and incorporated by reference the responses and denials contained in the above Paragraphs as if sully set forth herein.

37. The allegations presented in Paragraph 37 contain legal conclusions to which no response is required.

38. Plaintiff denies the allegations presented in Paragraph 38.

39. Plaintiff denies the allegations presented in Paragraph 39.

## AFFIRMATIVE DEFENSEES TO DEFENDANT'S COUNTERCLAIMS

### First Affirmative Defense

Defendant's Counterclaims are barred by the Promissory Note, which bars any counterclaims by Defendant.

### Second Affirmative Defense

Defendant's Counterclaims are barred, in whole or in part, because Defendant failed to state a cause of action for which relief can be granted.

### Third Affirmative Defense

Defendant's Counterclaim are barred by its prior breaches of the agreement.

### Fourth Affirmative Defense

Defendant's Counterclaims are barred by the doctrine of waiver and unclean hands.

### Fifth Affirmative Defense

Defendant's Counterclaims are barred by the doctrine of estoppel.

### Sixth Affirmative Defense

Defendant's Counterclaims are barred because Defendant has not suffered any damage.

### Seventh Affirmative Defense

Defendant's Counterclaims are barred because Defendant has failed to mitigate any alleged damages.

### Eighth Affirmative Defense

Defendant's Counterclaims are barred by failing to comply with the provisions including but not limited to the notice requirements, of the Promissory Note and the Asset Purchases Agreement.

### Ninth Affirmative Defense

Defendant's Counterclaims are barred by the doctrine of unjust enrichment.

Plaintiff reserves the right to amend the answer to insert any affirmative defense that may become known during the course of discovery, investigation, or trial.

WHEREFORE, Plaintiff IBakefoods, LLC respectfully requests that the Court:

    A. Enter judgment in Plaintiff IBakefoods, LLC's favor.

    B. Award Plaintiff IBakefoods, LLC its reasonable costs and fees, including attorneys' fees, as per the Asset Purchase Agreement and Promissory Note.

    C. Grant Plaintiff IBakefoods, LLC such other and further relief as the Court deems just and proper.

**THIRD-PARTY DEFENDANTS' ANSWER TO THIRD-PARTY COMPLAINT**

Defendants Abe Mandel, Sam Nussenzweig, and Yoel Goldman (hereinafter "Third-Party Defendants") by and through its attorneys, Law Office of Esther Engelson, P.C., submits its Answer as follows:

**ANSWER TO THIRD-PARTY COMPLAINT**

1. Third-party Defendants admit, upon information and belief, the allegations presented in Paragraph 1.

2. Third-Party Defendants admit the allegation presented in Paragraph 2.

3. Third-Party Defendants deny the allegations presented in Paragraph 3.

4. Third-Party Defendants admit the allegation presented in Paragraph 4

5. Third-Party Defendants admit the allegations presented in Paragraph 5.

6. Third-Party Defendants deny the allegations with respect to the allegation stating that venue is proper as to the counterclaims.

7. Third-Party Defendants admit that the parties entered into an APA agreement but deny the rest of the allegations stated in Paragraph 7.

8. Third-Party Defendants deny the allegations presented in paragraph 8.

9. Third-Party Defendants deny the allegations presented in Paragraph 9.

10. Third-Party Defendants deny the allegations presented in Paragraph 10.

11. Third-Party Defendants deny the allegations presented in Paragraph 11.

12. Third-Party Defendants deny the allegations presented in Paragraph 12.

13. Third-Party Defendants deny the allegations presented in Paragraph 13.

14. Third-Party Defendants deny the allegations presented in Paragraph 14.

15. Third-Party Defendants deny the allegations presented in Paragraph 15.

16. Third-Party Defendants deny the allegations presented in Paragraph 16.

17. Third-Party Defendants deny the allegations presented in Paragraph 17.

18. Third-Party Defendants deny the allegations presented in Paragraph 18.

19. Third-Party Defendants deny the allegations presented in Paragraph 19.

20. Third-Party Defendants deny the allegations presented in Paragraph 20

21. Third-Party Defendants deny the allegations presented in Paragraph 21.

22. Third-Party Defendants deny the allegations presented in Paragraph 22.

23. Third-Party Defendants deny the allegations presented in Paragraph 23.

24. Third-Party Defendants deny the allegations presented in Paragraph 24.

25. Third-Party Defendants deny the allegations presented in Paragraph 25.

26. Third-Party Defendants deny the allegations presented in Paragraph 26.

27. Third-Party Defendants deny the allegations presented in Paragraph 27.

28. Third-Party Defendants deny the allegations presented in Paragraph 28.

29. Third-Party Defendants deny the allegations presented in Paragraph 29.

30. Third-Party Defendants deny the allegations presented in Paragraph 30.

31. Third-Party Defendants repeat and incorporate by reference the responses and denials contained in the above Paragraphs as if sully set forth herein.

32. Third-Party Defendants admit the allegations presented in Paragraph 32.

33. Third-Party Defendants deny the allegations presented in Paragraph 33.

34. Third-Party Defendants deny the allegations presented in Paragraph 34.

35. Third-Party Defendants deny the allegations presented in Paragraph 35.

36. Third-Party Defendants repeat and incorporate by reference the responses and denials contained in the above Paragraphs as if sully set forth herein.

37. The allegations presented in Paragraph 37 contain legal conclusions to which no response is required.

38. Third-Party Defendants deny the allegations presented in Paragraph 38.

39. Third-Party Defendants deny the allegations presented in Paragraph 39.

## AFFIRMATIVE DEFENSEES TO DEFENDANT'S COUNTERCLAIMS

### First Affirmative Defense

Third-Party Plaintiff's claims are barred, in whole or in part, because it failed to state a cause of action for which relief can be granted.

### Second Affirmative Defense

Third-Party Plaintiff's claims are barred by lack of personal jurisdiction in this matter.

### Third Affirmative Defense

Third-Party Plaintiff's claims are barred by its prior breaches of the agreement.

### Fourth Affirmative Defense

Third-Party Plaintiff's claims are barred by the doctrine of waiver and unclean hands.

### Fifth Affirmative Defense

Third-Party Plaintiff's claims are barred by failing to pierce the corporate veil.

### Sixth Affirmative Defense

Third-Party Plaintiff's claims are barred by the doctrine of estoppel.

### Seventh Affirmative Defense

Third-Party Plaintiff's claims are barred by the Promissory Note, which bars any litigation by Third-Party Plaintiff, under the Promissory Note.

### Eighth Affirmative Defense

Third-Party Plaintiff's claims are barred because it has not suffered any damage.

**Ninth Affirmative Defense**

Third-Party Plaintiff's claims are barred because it has failed to mitigate any alleged damages.

**Tenth Affirmative Defense**

Third-Party Plaintiff's claims are barred by failing to comply with the provisions including but not limited to the notice requirements, of the Promissory Note and the Asset Purchases Agreement.

**Eleventh Affirmative Defense**

Third-Party Plaintiff's claims are barred by the doctrine of unjust enrichment.

Third-Party Defendants reserves the right to amend the answer to insert any affirmative defense that may become known during the course of discovery, investigation, or trial.

    WHEREFORE, Third-Party Defendants respectfully requests that the Court:

    A. Enter judgment in Third-Party Defendant's favor.

    B. Award Third-Party Defendants its reasonable costs and fees, including attorneys' fees, in accordance with the Promissory Note and the Asset Purchase Agreement.

    C. Grant Third-Party Defendants such other and further relief as the Court deems just and proper.

Dated: September 17, 2021
       Suffern, New York

                      Law Office of Esther Engelson, P.C.

                      */s/ Esther Noe Engelson*
                      Esther Noe Engelson
                      14 Rosewood Lane
                      Suffern, New York 10901
                      Tel: 347.403.3996
                      Fax: 845.503.2234
                      E-Mail: estherengelsonesq@gmail.com
                      *Counsel for IBakeFoods LLC and Third-Party Defendants Abe Mandel, Sam Nussenzweig, and Yoel Goldman*